**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. **10-cv-01754-AP**

**SUSYN K. CARTER**,

      Plaintiff,

    v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

_____

**1.**     **APPEARANCES OF COUNSEL**

    For Plaintiff:

    Kathryn Hall, Esq.
    Law Office of Kathryn Hall
    8910 Ralston Road, Suite 203
    Arvada, CO 80002
    Telephone: (303) 456-5928
    FAX: (303) 456-5410
    E-mail: kathrynhall@qwestoffice.net

    For Defendant**:**

    JOHN F. WALSH
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    Chief, Civil Division
    United States Attorney's Office
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    101 17th Street
    Denver, Colorado 80202
    Telephone: (303) 844-1570
    debra.meachum@ssa.gov

2. **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

   The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3. **DATES OF FILING OF RELEVANT PLEADINGS**

   A. Date Complaint Was Filed: **7/23/10.**
   B. Date Complaint Was Served on U.S. Attorney's Office: **7/29/10.**
   C. Date Answer and Administrative Record Were Filed: **9/27/10.**

4. **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

   The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5. **STATEMENT REGARDING ADDITIONAL EVIDENCE**

   Neither party intends to submit additional evidence.

6. **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

   The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. **OTHER MATTERS**

   The parties have no other matters to bring to the attention of the court.

8. **BRIEFING SCHEDULE**

   A. Plaintiff's Opening Brief Due: **11/29/10.**
   B. Defendant's Response Brief Due: **1/6/11.**
   C. Plaintiff's Reply Brief (If Any) Due: **1/21/11.**

9. **STATEMENTS REGARDING ORAL ARGUMENT**

   A. Plaintiff's Statement: Plaintiff does not request oral argument.
   B. Defendant's Statement: Defendant does not request oral argument.

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
    B. (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 18th day of October, 2010.

BY THE COURT:

<u>*s/John L. Kane*</u>
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Kathryn Hall**
Kathryn Hall, Esq.
Law Office of Kathryn Hall
8910 Ralston Road, Suite 203
Arvada, CO 80002
Telephone: (303) 456-5928
FAX: (303) 456-5410
E-mail: kathrynhall@qwestoffice.net

**For Defendant:**

JOHN F. WALSH
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
District of Colorado
1225 17th Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, Colorado 80202
(303) 454-1570
debra.meachum@ssa.gov